933 So.2d 1221 (2006)
Nicholas MUNION, Appellant,
v.
STATE of Florida, Appellee.
No. 5D06-138.
District Court of Appeal of Florida, Fifth District.
July 11, 2006.
James S. Purdy, Public Defender, and, Rose M. Levering, Assistant Public, Defender, Daytona Beach, for Appellant.
Charles J. Crist, Jr., Attorney General, Tallahassee, and Timothy D. Wilson, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Leonard v. State, 760 So.2d 114 (Fla.2000); State v. Jefferson, 758 So.2d 661 (Fla.2000); Robinson v. State, 373 So.2d 898 (Fla.1979).
MONACO, TORPY and LAWSON, JJ., concur.